UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

R. JAMES PROPERTIES, INC., as
agent of CHELSEA HILLS, LLC d/b/a
CHELSEA PLACE,

    Plaintiff,

v.

ALIVIA JEFFERIES,

    Defendant.

CIVIL ACTION NO.

1:19-CV-04351-JPB

## **ORDER ADOPTING FINAL REPORT AND RECOMMENDATION**

This matter came before the Court on the Magistrate Judge's Final Report and Recommendation [Doc. 2]. The Magistrate Judge recommended that this case be remanded to the Magistrate Court of DeKalb County based upon the absence of federal subject matter jurisdiction. No objections have been filed. This Court finds as follows:

Absent objection, a district judge has broad discretion to accept, reject or modify a magistrate judge's proposed findings and recommendations. United States v. Raddatz, 447 U.S. 667, 680 (1980). Even though the parties were served with the Final Report and Recommendation on October 2, 2019, neither party has filed any objections. Because no objections have been filed, and in accordance

with 28 U.S.C. § 636(b)(1) and Rule 72 of the Federal Rules of Civil Procedure, the Court has reviewed the Final Report and Recommendation for clear error and finds none. Accordingly, the Court APPROVES AND ADOPTS the Final Report and Recommendation [Doc. 2] as the judgment of the Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, this case is REMANDED to the Magistrate Court of DeKalb County. The Clerk is DIRECTED to CLOSE this case.

**SO ORDERED** this 22nd day of October, 2019.

_____
J. P. BOULEE
United States District Judge